**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul Mizvitowicz                      CHAPTER 13
        Shannon S. Mizvitowicz
                Debtor(s)                     BKY. NO. 25-10717 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                                               Respectfully submitted,

                                                /s/ *Denise Carlon*
                                                Denise Carlon
                                                04 Mar 2025, 12:38:32, EST

                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                           Philadelphia, PA 19106-1532
                                           (215) 627-1322