**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  PAUL MIZVITOWICZ | : | CHAPTER 13 |
| SHANNON S. MIZVITOWICZ | : | |
| Debtors | : | NO. 25-10717 |

## ORDER

AND NOW, this 10th day of March, 2025, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtors, it is hereby ORDERED that the Debtors be granted an extension to **March 20, 2025** in which to file the Debtors' Schedules, Statement of Affairs, Ch13 Income Form 122C-1, Chapter 13 Plan, and two months' income information.

_____
J. PATRICIA M. MAYER