# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Period Beginning: 02/24/2025
Period Ending: 03/09/2025
Pay Date: 03/14/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$200
           Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY  PA  19006

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4140.01 | 80.00 | 4,140.01 | 24,350.07 |
| Gross Pay | | | $4,140.01 | 24,350.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

| Deductions | | |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -731.33 | 4,284.72 |
| Social Security Tax | -240.64 | 1,414.71 |
| Medicare Tax | -56.28 | 330.86 |
| PA State Income Tax | -119.15 | 700.51 |
| Philadelphia Income Tax | -142.42 | 837.65 |
| PA SUI Tax | -2.90 | 17.05 |
| **Other** | | |
| DENTAL | -40.87* | 249.97 |
| MEDICAL | -211.51* | 1,243.07 |
| VISION | -6.42* | 39.13 |
| **Net Pay** | **$2,588.49** | |
| Checking 1 | -2,588.49 | |
| **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,881.21

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Advice number: 00000110022
Pay date: 03/14/2025

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| PAUL MIZVITOWICZ | xxxxxxxx6490 | xxxx  xxxx | $2,588.49 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Period Beginning:    02/10/2025
Period Ending:       02/23/2025
Pay Date:            02/28/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table, $200
           Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY PA 19006

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4140.01 | 80.00 | 4,140.01 | 20,210.06 |
| Gross Pay | | | $4,140.01 | 20,210.06 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -731.33 | | 3,553.39 |
| Social Security Tax | -240.63 | | 1,174.07 |
| Medicare Tax | -56.28 | | 274.58 |
| PA State Income Tax | -119.15 | | 581.36 |
| Philadelphia Income Tax | -142.42 | | 695.23 |
| PA SUI Tax | -2.90 | | 14.15 |
| **Other** | | | |
| DENTAL | -40.87* | | 209.10 |
| MEDICAL | -211.51* | | 1,031.56 |
| VISION | -6.42* | | 32.71 |
| Net Pay | | | $2,588.50 |
| Checking 1 | -2,588.50 | | |
| Net Check | | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,881.21

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Advice number:    00000090037
Pay date:         02/28/2025

Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6490 | xxxx xxxx | $2,588.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY  08401

Period Beginning:   01/27/2025
Period Ending:      02/09/2025
Pay Date:           02/14/2025

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY  PA  19006

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table,$200
           Extra Withholding

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4140.01 | 80.00 | 4,070.02 | 16,070.05 |
| Gross Pay | | | $4,070.02 | 16,070.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -715.93 | 2,822.06 |
| | Social Security Tax | -236.30 | 933.44 |
| | Medicare Tax | -55.26 | 218.30 |
| | PA State Income Tax | -117.00 | 462.21 |
| | Philadelphia Income Tax | -140.01 | 552.81 |
| | PA SUI Tax | -2.85 | 11.25 |
| | Other | | |
| | DENTAL | -40.87* | 168.23 |
| | MEDICAL | -211.51* | 820.05 |
| | VISION | -6.42* | 26.29 |
| | Net Pay | $2,543.87 | |
| | Checking 1 | -2,543.87 | |
| | Net Check | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

YOUR SALARY RATE HAS BEEN CHANGED FROM 4,000.01 TO 4,140.01.

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,811.22

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY  08401

Advice number:  00000070021
Pay date:       02/14/2025

Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6490 | xxxx  xxxx | $2,543.87 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Period Beginning: 01/13/2025
Period Ending: 01/26/2025
Pay Date: 01/31/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table, $200
  Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY PA 19006

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4000.01 | 80.00 | 4,000.01 | 12,000.03 |
| **Gross Pay** | | | **$4,000.01** | 12,000.03 |

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -700.53 | 2,106.13 |
| Social Security Tax | -231.95 | 697.14 |
| Medicare Tax | -54.25 | 163.04 |
| PA State Income Tax | -114.86 | 345.21 |
| Philadelphia Income Tax | -137.60 | 412.80 |
| PA SUI Tax | -2.80 | 8.40 |

**Other**

| | | |
|---|---|---|
| DENTAL | -40.87* | 127.36 |
| MEDICAL | -211.51* | 608.54 |
| VISION | -6.42* | 19.87 |
| **Net Pay** | | **$2,499.22** |
| Checking 1 | -2,499.22 | |
| **Net Check** | | **$0.00** |

## Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

## Important Notes

609 345-5888

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

Your federal taxable wages this period are $3,741.21

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Advice number: 00000050021
Pay date: 01/31/2025

Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6490 | xxxx xxxx | $2,499.22 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Period Beginning: 12/30/2024
Period Ending: 01/12/2025
Pay Date: 01/17/2025

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Optional Higher Withholding Table,$200 Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY  PA  19006

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4000.01 | 80.00 | 4,000.01 | 8,000.02 |
| **Gross Pay** | | | **$4,000.01** | 8,000.02 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -700.53 | 1,405.60 |
| Social Security Tax | | -231.96 | 465.19 |
| Medicare Tax | | -54.24 | 108.79 |
| PA State Income Tax | | -114.86 | 230.35 |
| Philadelphia Income Tax | | -137.60 | 275.20 |
| PA SUI Tax | | -2.80 | 5.60 |
| **Other** | | | |
| DENTAL | | -40.87* | 86.49 |
| MEDICAL | | -211.51* | 397.03 |
| VISION | | -6.42* | 13.45 |
| **Net Pay** | | **$2,499.22** | |
| Checking 1 | | -2,499.22 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

Your federal taxable wages this period are $3,741.21

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Advice number: 00000030021
Pay date: 01/17/2025



Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6490 | xxxx xxxx | $2,499.22 |

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

| | |
|---|---|
| Period Beginning: | 12/16/2024 |
| Period Ending: | 12/29/2024 |
| Pay Date: | 01/03/2025 |

Filing Status: Married filing jointly
Exemptions/Allowances:
   Federal: Optional Higher Withholding Table,$200
   Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY  PA  19006

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4000.01 | 80.00 | 4,000.01 | 4,000.01 |
| **Gross Pay** | | | **$4,000.01** | 4,000.01 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -705.07 | 705.07 |
| Social Security Tax | | -233.23 | 233.23 |
| Medicare Tax | | -54.55 | 54.55 |
| PA State Income Tax | | -115.49 | 115.49 |
| Philadelphia Income Tax | | -137.60 | 137.60 |
| PA SUI Tax | | -2.80 | 2.80 |
| **Other** | | | |
| DENTAL | | -45.62* | 45.62 |
| MEDICAL | | -185.52* | 185.52 |
| METLIFECRITICAL | | -6.25 | |
| VISION | | -7.03* | 7.03 |
| **Net Pay** | | **$2,506.85** | |
| Checking 1 | | -2,506.85 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

Your federal taxable wages this period are
$3,761.84

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

| | |
|---|---|
| Advice number: | 00000010022 |
| Pay date: | 01/03/2025 |

Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx6490 | xxxx  xxxx | $2,506.85 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Period Beginning: 12/02/2024
Period Ending: 12/15/2024
Pay Date: 12/20/2024

Filing Status: Married filing jointly
Exemptions/Allowances:
　　Federal: Optional Higher Withholding Table,$200
　　　　　　Extra Withholding

PAUL MIZVITOWICZ
346 LEONA DR
HUNTINGDON VALLEY PA 19006

## Earnings

| | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 4000.01 | 80.00 | 4,000.01 | 101,538.70 |
| Holiday | | | | 1,953.86 |
| Xmas Bonus | | | | 1,252.15 |
| **Gross Pay** | | | **$4,000.01** | 104,744.71 |

Your federal taxable wages this period are $3,761.84

## Deductions

**Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -713.80 | 19,437.90 |
| Social Security Tax | -233.23 | 6,376.04 |
| Medicare Tax | -54.55 | 1,491.17 |
| PA State Income Tax | -115.49 | 3,157.18 |
| Philadelphia Income Tax | -137.60 | 3,603.21 |
| PA SUI Tax | -2.80 | 73.32 |

**Other**

| | | |
|---|---|---|
| DENTAL | -45.62* | 364.96 |
| MEDICAL | -185.52* | 1,484.16 |
| METLIFECRITICAL | -6.25 | |
| VISION | -7.03* | 56.24 |
| Roth | | 671.38 |
| 401K | | 120.00 |

| | | |
|---|---|---|
| **Net Pay** | | **$2,498.12** |
| Checking 1 | -2,498.12 | |
| **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| 401K Er Match | | 395.69 |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
609 345-5888

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, Inc.

---

ACLS MANAGEMENT CORPORATION
18 N NEW JERSEY AVENUE
ATLANTIC CITY, NEW JERSEY 08401

Advice number: 00000510025
Pay date: 12/20/2024

Deposited to the account of
PAUL MIZVITOWICZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx5013 | xxxx xxxx | $2,498.12 |



**NON-NEGOTIABLE**