# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

| | | | Check Amount | $657.09 |
|---|---|---|---|---|
| | | | xxxxxxxx6490 | $657.09 |
| | | | | $657.09 |

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 03/07/25 |
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | 1173974 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 03/01/25 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | M-0 / M-0 |

| HOURS/EARNINGS ||||  TAXES |||  DEDUCTIONS |||
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Regular | 4.638 | 0.50 | 2.32 | FIT | 75.57 | 179.95 | FdltyRothEE | 70.67 | 225.26 |
| Regular | 6.951 | 23.50 | 163.34 | FICA-EE | 87.63 | 279.32 | 403bLn01 | 183.63 | 734.52 |
| Regular | 51.990 | 24.00 | 1247.77 | PHILA | 48.62 | 154.97 | 403bLn02 | 145.16 | 580.64 |
| | | | | MEDICREE | 20.50 | 65.33 | UPHSBest | 80.18 | 404.74 |
| | | | | PA STATE | 43.39 | 138.30 | RothMtchER | 35.34 | 112.64 |
| | | | | SUEC | 0.99 | 3.15 | | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
|---|---|---|---|---|---|---|
| CURRENT | 1,413.43 | 1,413.43 | 276.70 | 0.00 | 479.64 | 657.09 |
| YEAR TO DATE | 4,505.22 | 4,505.22 | 821.02 | 0.00 | 2,057.80 | 245.96 |



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.    001
Jeannette PA

| Check Date | Number |
|---|---|
| 03/07/2025 | 1173974 |

| Check Amount |
|---|
| $ *******657.09 |

PAY    *VOID VOID VOID VOID VOID VOID VOID VOID*

PAY TO THE ORDER OF

**Shannon S Mizvitowicz**
**346 Leona Ave**
**Huntingdon Valley, PA  19006**

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA19102-2133

:190064:    A
Proc. Level:    Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**

**Penn Medicine**
University of Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

Check Amount $60.58
xxxxxxxx6490 $60.58
$60.58

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 02/21/25 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | 1129499 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 02/15/25 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | M-0 / M-0 |

| HOURS/EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Bon Cert | | | 75.00 | FIT | | 104.38 | FdltyRothEE | 3.75 | 154.59 |
| | | | | FICA-EE | 4.65 | 191.69 | 403bLn01 | | 550.89 |
| | | | | PHILA | 2.58 | 106.35 | 403bLn02 | | 435.48 |
| | | | | MEDICREE | 1.09 | 44.83 | UPHSBest | | 324.56 |
| | | | | PA STATE | 2.30 | 94.91 | RothMtchER | 1.88 | 77.30 |
| | | | | SUEC | 0.05 | 2.16 | | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
| --- | --- | --- | --- | --- | --- | --- |
| CURRENT | 75.00 | 75.00 | 10.67 | 0.00 | 3.75 | 60.58 |
| YEAR TO DATE | 3,091.79 | 3,091.79 | 544.32 | 0.00 | 1,542.82 | 245.96 |


**Penn Medicine**
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA

Check Date: 02/21/2025
Number: 1129499

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

Check Amount $ ********60.58

PAY TO THE ORDER OF
Shannon S Mizvitowicz
346 Leona Ave
Huntingdon Valley, PA  19006

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**


**Penn Medicine**
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA19102-2133

:190064:   A
Proc. Level:    Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ
346 LEONA AVE
HUNTINGDON VALLEY, PA  19006**



University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

| | | Check Amount | $146.93 |
|---|---|---|---|
| | | xxxxxxxx6490 | $146.93 |
| | | | $146.93 |

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 02/07/25 |
|---|---|---|---|---|---|---|---|
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | 1085058 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 02/01/25 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | M-0 / M-0 |

| HOURS/EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Regular | 6.951 | 11.75 | 81.67 | FIT | 3.49 | 104.38 | FdltyRothEE | 34.63 | 150.84 |
| Regular | 51.990 | 11.75 | 610.89 | FICA-EE | 42.94 | 187.04 | 403bLn01 | 183.63 | 550.89 |
| | | | | PHILA | 23.82 | 103.77 | 403bLn02 | 145.16 | 435.48 |
| | | | | MEDICREE | 10.04 | 43.74 | UPHSBest | 80.18 | 324.56 |
| | | | | PA STATE | 21.26 | 92.61 | RothMtchER | 17.31 | 75.42 |
| | | | | SUEC | 0.48 | 2.11 | | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
|---|---|---|---|---|---|---|
| CURRENT | 692.56 | 692.56 | 102.03 | 0.00 | 443.60 | 146.93 |
| YEAR TO DATE | 3,016.79 | 3,016.79 | 533.65 | 0.00 | 1,537.19 | 245.96 |



University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA

| Check Date | Number |
|---|---|
| 02/07/2025 | 1085058 |

| Check Amount |
|---|
| $ *******146.93 |

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

PAY TO THE ORDER OF

Shannon S Mizvitowicz
346 Leona Ave
Huntingdon Valley, PA  19006

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

⑈190064⑈    A

Proc. Level:    Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**

# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

| | | | | | | | Check Amount | | $628.48 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | xxxxxxxx6490 | | $628.48 |
| | | | | | | | | | $628.48 |
| Employee Name: | SHANNON S MIZVITOWICZ | | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | | 01/24/25 |
| Employee Number: | 603852 | | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | | 1040580 |
| Department: | 2253 | | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | | 01/18/25 |
| | | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | | M-0 / M-0 |

| HOURS/EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Bon Cert | | | 75.00 | FIT | 77.47 | 100.89 | FdltyRothEE | 71.62 | 116.21 |
| Regular | 4.638 | 12.00 | 55.65 | FICA-EE | 88.80 | 144.10 | 403bLn01 | 183.63 | 367.26 |
| Regular | 6.951 | 11.50 | 79.94 | PHILA | 49.27 | 79.95 | 403bLn02 | 145.16 | 290.32 |
| Regular | 51.990 | 23.50 | 1221.76 | MEDICREE | 20.77 | 33.70 | UPHSBest | 122.17 | 244.38 |
| | | | | PA STATE | 43.97 | 71.35 | RothMtchER | 35.81 | 58.11 |
| | | | | SUEC | 1.01 | 1.63 | | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
|---|---|---|---|---|---|---|
| CURRENT | 1,432.35 | 1,432.35 | 281.29 | 0.00 | 522.58 | 628.48 |
| YEAR TO DATE | 2,324.23 | 2,324.23 | 431.62 | 0.00 | 1,076.28 | 245.96 |



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA

| Check Date | Number |
|---|---|
| 01/24/2025 | 1040580 |

| Check Amount |
|---|
| $ *******628.48 |

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

PAY TO THE
ORDER OF

**Shannon S Mizvitowicz**
**346 Leona Ave**
**Huntingdon Valley, PA  19006**

## DIRECT DEPOSIT ADVICE
## NON-NEGOTIABLE



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA19102-2133

:190064:   A
Proc. Level:    Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**

Document    Page 5 of 7

# Penn Medicine
University *of* Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 01/10/25 |
|---|---|---|---|---|---|---|---|
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | 23468 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 01/04/25 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | M-0 / M-0 |

| HOURS/EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Regular | 4.638 | 4.50 | 20.87 | FIT | 23.42 | 23.42 | FdltyRothEE | 44.59 | 44.59 |
| Hol Wrkd | 4.638 | 7.50 | 34.78 | FICA-EE | 55.30 | 55.30 | 403bLn01 | 183.63 | 183.63 |
| Hol Wrkd | 28.314 | 7.50 | 212.35 | PHILA | 30.68 | 30.68 | 403bLn02 | 145.16 | 145.16 |
| Hol Wrkd | 51.990 | 7.50 | 389.93 | MEDICREE | 12.93 | 12.93 | UPHSBest | 122.21 | 122.21 |
| Regular | 51.990 | 4.50 | 233.95 | PA STATE | 27.38 | 27.38 | RothMtchER | 22.30 | 22.30 |
| | | | | SUEC | 0.62 | 0.62 | | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
|---|---|---|---|---|---|---|
| CURRENT | 891.88 | 891.88 | 150.33 | 0.00 | 495.59 | 245.96 |
| YEAR TO DATE | 891.88 | 891.88 | 150.33 | 0.00 | 517.89 | 245.96 |

---

# Penn Medicine
University *of* Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA
60-162/433

| Check Date | Number |
|---|---|
| 01/10/2025 | 23468 |

| Check Amount |
|---|
| $ *******245.96 |

PAY    

PAY TO THE ORDER OF
**Shannon S Mizvitowicz**
**346 Leona Ave**
**Huntingdon Valley, PA  19006**

## NON-NEGOTIABLE



⑈190064⑈        c

Proc. Level:       Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**

# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

| | | | Check Amount | | | xxxxxx8011 | | $175.78 |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $175.78 |
| | | | | | | | | $175.78 |

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 12/27/24 |
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0.00 | Check Number: | 959112 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 12/21/24 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0.00 | Fed/State Ex.: | M-0 / M-0 |

## HOURS/EARNINGS · TAXES · DEDUCTIONS

| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
|---|---|---|---|---|---|---|---|---|---|
| Bon Cert | | | 75.00 | FIT | 17.01 | 7656.17 | *FdltyPrTxEE | | 4138.26 |
| Regular | 6.951 | 12.25 | 85.15 | FICA-EE | 49.42 | 5264.31 | *PennCar | | 3540.00 |
| Regular | 51.990 | 12.25 | 636.88 | PHILA | 27.42 | 3120.91 | *Delta | | 431.29 |
| | | | | MEDICREE | 11.56 | 1231.17 | *VSP | | 229.32 |
| | | | | PA STATE | 24.47 | 2603.08 | *FlxHltC | | 1615.36 |
| | | | | SUEC | 0.56 | 63.51 | AD&D_After Tax | | 78.27 |
| | | | | | | | FdltyRothEE | 39.85 | 1428.71 |
| | | | | | | | 403bLn01 | 183.63 | 4590.75 |
| | | | | | | | 403bLn02 | 145.16 | 2903.20 |
| | | | | | | | UPHSBest | 122.17 | 2319.91 |
| | | | | | | | SupLife | | 109.74 |
| | | | | | | | DepLifSp | | 90.74 |
| | | | | | | | Continued | | |

| | TOTAL GROSS | FED TAXABLE | TAXES | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
|---|---|---|---|---|---|---|
| CURRENT | 797.03 | 797.03 | 130.44 | 0.00 | 490.81 | 175.78 |
| YEAR TO DATE | 90,724.17 | 80,769.94 | 19,939.15 | 10,032.50 | 14,062.71 | 0.00 |

---



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA

| Check Date | Number |
|---|---|
| 12/27/2024 | 959112 |

| Check Amount |
|---|
| $ *******175.78 |

PAY    *VOID VOID VOID VOID VOID VOID VOID VOID*

PAY TO THE ORDER OF

**Shannon S Mizvitowicz**
346 Leona Ave
Huntingdon Valley, PA  19006

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**



# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

:190064:    A

Proc. Level:    Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**

# Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8 FL West Tower
Philadelphia, PA 19102-2133

| Check Amount | |
|---|---|
| | $824.96 |
| xxxxxx8011 | $824.96 |
| | $824.96 |

| Employee Name: | SHANNON S MIZVITOWICZ | VAC Hours Remaining: | 0.00 | PTO Hours Remaining: | 0.00 | Check Date: | 12/13/24 |
|---|---|---|---|---|---|---|---|
| Employee Number: | 603852 | PER Hours Remaining: | 0.00 | EXT Hours Remaining: | 0,00 | Check Number: | 924330 |
| Department: | 2253 | SCK Hours Remaining: | 58.65 | STD Hours Remaining: | 0.00 | Pay Period End Date: | 12/07/24 |
| | | LGL Hours Remaining: | 7.20 | CME Hours Remaining: | 0,00 | Fed/State Ex.: | M-0 / M-0 |

| HOURS/EARNINGS | | | | TAXES | | | DEDUCTIONS | | |
|---|---|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | EARNINGS | DESCRIPTION | CURRENT | Y.T.D. | DESCRIPTION | CURRENT | Y.T.D. |
| Regular | 4.638 | 12.00 | 55.65 | FIT | 113.33 | 7639.16 | *FdltyPrTxEE | | 4138.26 |
| Hol Wrkd | 28.314 | 12.25 | 346.84 | FICA-EE | 106.64 | 5214.89 | *PennCar | | 3540.00 |
| Hol Wrkd | 51.990 | 12.25 | 636.88 | PHILA | 59.17 | 3093.49 | *Delta | | 431.29 |
| Regular | 51.990 | 12.00 | 623.88 | MEDICREE | 24.94 | 1219.61 | *VSP | | 229.32 |
| Hol Wrkd | 4.638 | 12.25 | 56.81 | PA STATE | 52.81 | 2578.61 | *FlxHltC | | 1615.36 |
| | | | | SUEC | 1.21 | 62.95 | AD&D_After Tax | | 78.27 |
| | | | | | | | FdltyRothEE | 86.00 | 1388.86 |
| | | | | | | | 403bLn01 | 183.63 | 4407.12 |
| | | | | | | | 403bLn02 | 145.16 | 2758.04 |
| | | | | | | | UPHSBest | 122.21 | 2197.74 |
| | | | | | | | SupLife | | 109.74 |
| | | | | | | | DepLifSp | | 90.74 |
| | | | | | | | Continued | | |
| | TOTAL GROSS | | FED TAXABLE | | TAXES | | PRE TAX DEDUCTIONS | POST TAX DEDUCTIONS | NET |
| CURRENT | 1,720.06 | | 1,720.06 | | 358.10 | | 0.00 | 537.00 | 824.96 |
| YEAR TO DATE | 89,927.14 | | 79,972.91 | | 19,808.71 | | 10,032.50 | 13,551.97 | 0.00 |



Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

PNC Bank N.A.   001
Jeannette PA

| Check Date | Number |
|---|---|
| 12/13/2024 | 924330 |

| Check Amount |
|---|
| $ *******824.96 |

PAY   VOID VOID VOID VOID VOID VOID VOID VOID

PAY TO THE ORDER OF

**Shannon S Mizvitowicz**
**346 Leona Ave**
**Huntingdon Valley, PA  19006**

DIRECT DEPOSIT ADVICE
# NON-NEGOTIABLE



Penn Medicine
University of Pennsylvania Health System
1500 Market Street 8th FL West Tower
Philadelphia, PA 19102-2133

⑈190064⑈   A
Proc. Level:     Dept. Code: 2253    UserLevel:
**SHANNON S MIZVITOWICZ**
**346 LEONA AVE**
**HUNTINGDON VALLEY, PA  19006**