United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10717-pmm |
| Paul Mizvitowicz | Chapter 13 |
| Shannon S. Mizvitowicz | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 07, 2025 | Form ID: 155 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Mizvitowicz, Shannon S. Mizvitowicz, 346 Leona Avenue, Huntingdon Valley, PA 19006-8627 |
| 14981027 | + | Dept Of Commerce Fcu, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 14981033 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14984678 | + | Pennymac Loan Services, LLC, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14981022 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 08 2025 00:23:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14982825 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 08 2025 00:23:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15001460 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 08 2025 00:23:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14981023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:37:38 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 14981024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:24:53 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15003007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:36:28 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14981026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:24:34 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 08 2025 00:24:11 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14996530 | + | Email/Text: bankruptcy@silvermanlegal.com | Oct 08 2025 00:23:00 | Department of Commerce Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 14981027 | ^ | MEBN | Oct 08 2025 00:15:10 | Dept Of Commerce Fcu, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 14981028 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 08 2025 00:23:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 15001269 | | Email/Text: mrdiscen@discover.com | Oct 08 2025 00:23:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14981030 | + | Email/Text: mrdiscen@discover.com | Oct 08 2025 00:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 07, 2025 | Form ID: 155 | Total Noticed: 33

| Recip ID | Type | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14981029 | + | Email/Text: mrdiscen@discover.com | Oct 08 2025 00:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14981032 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 08 2025 00:23:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 14981031 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 08 2025 00:23:00 | Firstmark Services, Attn: Bankruprcy, Po Box 82522, Lincoln, NE 68501 |
| 14998548 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 08 2025 00:23:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15030950 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2025 00:24:08 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14984309 | ^ | MEBN | Oct 08 2025 00:14:51 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14995781 | + | Email/PDF: ebnotices@pnmac.com | Oct 08 2025 00:24:55 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14981034 | + | Email/PDF: ebnotices@pnmac.com | Oct 08 2025 00:24:13 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981035 | + | Email/PDF: ebnotices@pnmac.com | Oct 08 2025 00:36:50 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981037 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2025 00:23:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14981036 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2025 00:23:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14989205 | + | Email/Text: bankruptcy1@pffcu.org | Oct 08 2025 00:23:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15005268 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 08 2025 00:24:09 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 00:24:56 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14981039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 08 2025 00:24:56 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14993521 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 08 2025 00:23:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1904 |
| 14985453 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 08 2025 00:24:34 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15030962 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 07, 2025 | Form ID: 155 | Total Noticed: 33 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2025                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Shannon S. Mizvitowicz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Debtor Paul Mizvitowicz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>  Paul Mizvitowicz )<br>)<br>)<br>  Shannon S. Mizvitowicz )<br>)<br>  Debtor(s). ) | Case No. 25−10717−pmm<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: October 7, 2025                                                                                          For The Court

                                                                                                    Patricia M. Mayer
                                                                                                    Judge, United States Bankruptcy Court