**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Paul Mizvitowicz<br>Shannon S. Mizvitowicz<br>Debtors | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>Moving Party<br>vs. | NO. 25-10717 PMM |
| Paul Mizvitowicz<br>Shannon S. Mizvitowicz<br>Debtors | 11 U.S.C. Section 362 |
| Kenneth E. West<br>Trustee | |

**ORDER**

AND NOW, this 23rd day of September, 2026 at Philadelphia, upon consideration of this Stipulation, it is hereby ORDERED that:

The Court grants approval of the Stipulation executed by all parties. However, the Court retains discretion regarding entry of any further order.

Patricia M. Mayer

United States Bankruptcy Judge