**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **PAUL MIZVITOWICZ** | : | **CHAPTER 13** |
| | **SHANNON S. MIZVITOWICZ** | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 25-10717PMM** |

**ORDER**

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 38, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #40) is **approved**.

Patricia M. Mayer

Date: **October 27, 2026**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE