United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-10717-pmm
Paul Mizvitowicz Chapter 13
Shannon S. Mizvitowicz
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 3
Date Rcvd: Oct 27, 2026 Form ID: pdf900 Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Mizvitowicz, Shannon S. Mizvitowicz, 346 Leona Avenue, Huntingdon Valley, PA 19006-8627 |
| 14981033 | + | Kia Motors Finance, Attn: Bankruptcy, Po Box 20825, Fountain Valley, CA 92728-0825 |
| 14984678 | + | Pennymac Loan Services, LLC, c/o Denise Carlon, Esq., KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 28 2026 01:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2026 01:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14981022 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 28 2026 01:24:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14982825 | | Email/Text: ebnbankruptcy@ahm.honda.com | Oct 28 2026 01:24:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15001460 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 28 2026 01:23:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 14981023 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 01:45:44 | Cbna, Attn: Centralized Bankruptcy/Citicorp, Po Box 790034, St Louis, MO 63179-0034 |
| 14981024 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 01:46:40 | Cbna, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15003007 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 01:45:41 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14981026 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 01:46:40 | Citibank/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 14981025 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 28 2026 01:46:40 | Citibank/Sears, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14996530 | + | Email/Text: bankruptcy@silvermanlegal.com | Oct 28 2026 01:23:00 | Department of Commerce Federal Credit Union, c/o Silverman Theologou, LLP, 11200 Rockville Pike, Suite 520, N. Bethesda, MD 20852-7105 |
| 14981027 | ^ | MEBN | Oct 28 2026 01:14:22 | Dept Of Commerce Fcu, 1401 Constitution Ave Nw, Washington, DC 20230-0002 |
| 14981028 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 01:24:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |

| | | | | |
|---|---|---|---|---|
| 15001269 | | Email/Text: mrdiscen@discover.com | Oct 28 2026 01:23:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14981030 | + | Email/Text: mrdiscen@discover.com | Oct 28 2026 01:23:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14981029 | + | Email/Text: mrdiscen@discover.com | Oct 28 2026 01:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14981032 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 28 2026 01:23:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 14981031 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Oct 28 2026 01:23:00 | Firstmark Services, Attn: Bankruprcy, Po Box 82522, Lincoln, NE 68501 |
| 14998548 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Oct 28 2026 01:24:00 | Hyundai Lease Titling Trust, P.O. Box 20825, Fountain Valley, CA 92728-0825 |
| 15030950 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 28 2026 01:45:28 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14984309 | ^ | MEBN | Oct 28 2026 01:14:20 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14995781 | + | Email/PDF: ebnotices@pnmac.com | Oct 28 2026 01:45:40 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14981034 | + | Email/PDF: ebnotices@pnmac.com | Oct 28 2026 01:45:40 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981035 | + | Email/PDF: ebnotices@pnmac.com | Oct 28 2026 01:45:40 | PennyMac Loan Services, LLC, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14981037 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 01:23:00 | Police & Fire FCU, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14981036 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 01:23:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch Street, Philadelphia,, PA 19107-2495 |
| 14989205 | + | Email/Text: bankruptcy1@pffcu.org | Oct 28 2026 01:23:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15005268 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 28 2026 01:46:36 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14981038 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 01:46:35 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14981039 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 28 2026 01:45:16 | Synchrony Bank/Care Credit, Po Box 71757, Philadelphia, PA 19176-1757 |
| 14993521 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 28 2026 01:24:00 | U.S. Department of Education c/o Nelnet, 121 S 13TH ST, Lincoln, NE 68508-1911 |
| 14985453 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 28 2026 01:47:06 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 15030962 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com, 3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Paul Mizvitowicz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Shannon S. Mizvitowicz support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| **IN RE:** | **PAUL MIZVITOWICZ** | : | **CHAPTER 13** |
| | **SHANNON S. MIZVITOWICZ** | : | |
| | **Debtor(s)** | : | **BANKRUPTCY NO. 25-10717PMM** |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 Plan (docket # 38, the Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. #40) is **approved**.

Date:
**October 27, 2026**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE